# EXHIBIT A



# Broome County Sheriff's Office

## VOLUNTARY STATEMENT

STATE OF NEW YORK
COUNTY OF BROOME

Page 1 of 1

SS:

Date 2/21/2020 Time 13 20

Place Broome County Sheriff's Office

I, Jason Cohn am 42 years of age, having been born on [redacted]. My present address is 8 Grant St. Binghamton NY, and I have lived there 3 years.

I have completed 12 years of school. My present occupation is N/A. I am presently a (student) (unemployed) (employed) at _____.

I FREELY VOLUNTEER THE FOLLOWING STATEMENT TO Sgt. David Stanton with the Broome County Sheriff's Office:

I watched 2 officers take Mr. Vega to his cell unwillingly. When they got to his cell they entered all 3 men and shut the door and then I heard what sounded like the officers beating on Vega and saying "how you like that"? The door opened during the incident and one officer quickley closed the door and continued. I could not however actually see the actual incident taking place as it occured inside the cell.

**NOTICE**
(Penal Law Sec. 210.45)
IT IS A CRIME, PUNISHABLE AS A CLASS A MISDEMEANOR UNDER THE LAWS OF THE STATE OF NEW YORK, FOR A PERSON, IN AND BY A WRITTEN INSTRUMENT, TO KNOWINGLY MAKE A FALSE STATEMENT, OR MAKE A STATEMENT WHICH SUCH PERSON DOES NOT BELIEVE TO BE TRUE.

I have read this statement consisting of 1 page(s) and the facts contained therein are true and correct.

Signed and Affirmed this
21 day of Feb 2020

Subscribed and Sworn to before me this
_____ day of _____ 20__

Signature: Jason C.

Witness / Notary Public: Sgt. D.

Case# _____



## Broome County Sheriff's Office

### VOLUNTARY STATEMENT

**STATE OF NEW YORK**
**COUNTY OF BROOME**

Page 1 of 2

SS:

Date 2/21/22  Time 1315

Place Broome County Sheriffs

I, Shane C Johnson am 24 years of age, having been born on ~~[redacted]~~ My present address is 272 Main St Binghamton NY 13905, and I have lived there 1 years. I have completed 6 years of school. My present occupation is N/A. I am presently a (student) (unemployed) (employed) at _____

I FREELY VOLUNTEER THE FOLLOWING STATEMENT TO Sgt. David Stanton with the Broome County Sheriff's Office:

On the Day of the Sert raid I seen Vega an inmate in my pod taken up to his cell with aggressive force. He was put in his cell and 2 correction officers followed in behind him. I began to hear crys of agony from his cell and contact sounds that sounded like punches. The officers

**NOTICE**
(Penal Law Sec. 210.45)
IT IS A CRIME, PUNISHABLE AS A CLASS A MISDEMEANOR UNDER THE LAWS OF THE STATE OF NEW YORK, FOR A PERSON, IN AND BY A WRITTEN INSTRUMENT, TO KNOWINGLY MAKE A FALSE STATEMENT, OR MAKE A STATEMENT WHICH SUCH PERSON DOES NOT BELIEVE TO BE TRUE.

I have read this statement consisting of 2 page(s) and the facts contained therein are true and correct.

Signed and Affirmed this 21 day of Feb 2020

Subscribed and Sworn to before me this _____ day of _____ 20___

Signature

Witness / Notary Public

Case# _____



**Broome County Sheriff's Office**

VOLUNTARY STATEMENT
(continued)

Statement of: Shane C Johnson         Page 2 of 2

closed the door behind them, after aprox 3 minutes in his cell but the sounds were still heard after. when the raid was done and we were let back out Vega had visible marks on his chest, neck, face and arms, when asked what caused this he told me he made a funny comment and laghed and the officers responded with "I'll show you somthing funny."

Case # _____

Signature

Witness